0404385

ORIGINAL 

# UNITED STATES DISTRICT COURT

## FILED

### for the

### Eastern District of California

DEC 06 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

United States of America
v.

LUIS FERNANDO GRANADOS

)
)
)   Case No.   1:13-CR-00411-AWI-BAM
)
)
)

*Defendant*

## ARREST WARRANT

USMS FRESNO RCVD

DEC 4 2013 PH 1:03

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   LUIS FERNANDO GRANADOS                                                                      ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☐ Complaint
☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. 846 and 841(a)(1) - Conspiracy to Distribute and Possess with the Intent to Distribute Methamphetamine

Date:     11/21/2013                                                            _____
                                                                                                    *Issuing officer's signature*

City and state:     Fresno, California                                          A. Jassen, Operations Specialist
                                                                                                    *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*   12/4/13  , and the person was arrested on *(date)*  _____ at *(city and state)*  _____ . |
| Date:  12/5/13                                                    ICE                                   _____ *Arresting officer's signature* |
|                                                                                                      _____ *Printed name and title* |