HEATHER E. WILLIAMS, SBN 122664
Federal Defender
JEROME PRICE, SBN 282400
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
LUIS FERNANDO GRANADOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:13-CR-00411 AWI-BAM-2 |
| Plaintiff, | WAIVER OF DEFENDANT'S PERSONAL PRESENCE;  ORDER THEREON |
| vs. | |
| LUIS FERNANDO GRANADOS, | Date:  August 25, 2014<br>Time:  1:00 p.m. |
| Defendant. | Magistrate Judge:  Barbara A. McAuliffe |

Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant, LUIS FERNANDO GRANADOS, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on August 25, 2014, and any subsequent non-substantive hearing pursuant to this waiver.  Defendant agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this court allow his attorney-in-fact to represent his interests.  Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of his appearance at said time and place.

Mr. Granados makes this request because he resides in Fontana, California, which is located in the Central District of California.  It takes him approximately seven hours to drive to

court hearings.  Mr. Granados is also employed working night shifts and must take off work the night before court appearances to get adequate sleep for his seven-hour drive.  Accordingly, he wishes to minimize the expense of traveling to court for non-substantive hearings.

This request is made pursuant to Fed.R.Crim.P. 43(b)(3).

DATED: August 20, 2014        /s/ Luis F. Granados
LUIS FERNANDO GRANADOS
Original Signature in File


DATED: August 20, 2014        /s/ Jerome Price
JEROME PRICE
Assistant Federal Defender
Attorneys for Defendant
LUIS FERNANDO GRANADOS


**O R D E R**

Good cause appearing, IT IS HEREBY ORDERED that Defendant's appearance may be waived at the August 25, 2014 hearing and any subsequent non-substantive hearing until further order of the Court.

IT IS SO ORDERED.

Dated:   **August 21, 2014**              /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE