# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED
AUG 26 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                DEPUTY CLERK

| | |
|---|---|
| United States of America ) | |
| vs. ) | Case No. 1:13-cr-00411-AWI/BAM-002 |
| ) | |
| Luis Fernando Granados ) | |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Luis Fernando Granados__, have discussed with __Francisco J. Guerrero__, Pretrial Services Officer, modifications of my release conditions as follows:

The condition requiring the defendant to participate in the home detention component of the Location Monitoring Program with electronic monitoring or other location verification system is removed. The defendant shall continue to make payments for the monitoring costs until his monitoring services have been paid in full. All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  8-22-14    _____  8-22-14
Signature of Defendant    Date       Pretrial Services Officer    Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                              8-25-14
Signature of Assistant United States Attorney       Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                              8/25/14
Signature of Defense Counsel                        Date

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on __8/25/14__.

[ ] The above modification of conditions of release is *not* ordered.

_____                              8/25/14
Signature of Judicial Officer                        Date

cc: U.S. Attorney's Office, Defense Counsel, Pretrial Services