HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
JEROME PRICE, CA Bar # 282400
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
LUIS FERNANDO GRANADOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:13-cr-00411-AWI-BAM-2 |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |
| vs. | Date:   June 29, 2015 |
| LUIS FERNANDO GRANADOS, | Time:   10:00 a.m. |
| Defendant. | Judge:  Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, Assistant United States Attorney Brian K. Delaney, Counsel for Plaintiff, and Assistant Federal Defender Jerome Price, Counsel for Defendant, Luis Fernando Granados, that the sentencing hearing currently set for May 11, 2015, at 10:00 a.m., **may be rescheduled to June 29, 2015, at 10:00 a.m.**

The reason for this continuance is that defense counsel, based on probation's position on the guideline range, needs additional time to investigate facts to challenge probation's position. The requested date is a mutually agreeable date for both parties. As this is a sentencing hearing, no exclusion of time is necessary.

///

///

///

GRANADOS - Stipulation to Continue Sentencing Hearing        -1-

|     |     |     |
| --- | --- | --- |
| 1   |     | Respectfully submitted, |
| 2   |     | BENJAMIN B. WAGNER<br>United States Attorney |

Dated:  May 4, 2015                                  /s/ *Brian K. Delaney*
                                                     BRIAN K. DELANEY
                                                     Assistant United States Attorney
                                                     Attorney for Plaintiff


                                                     HEATHER E. WILLIAMS
                                                     Federal Defender


Dated:  May 4, 2015                                  /s/ *Jerome Price*
                                                     JEROME PRICE
                                                     Assistant Federal Defender
                                                     Attorneys for Defendant
                                                     LUIS FERNANDO GRANADOS


**O R D E R**

For the reasons set forth above, the requested continuance is granted for good cause. The sentencing hearing as to Luis Fernando Granados currently set for May 11, 2015 is continued to June 29, 2015, at 10:00 a.m., in Courtroom 2 before Senior District Judge Anthony W. Ishii.

IT IS SO ORDERED.

Dated:   May 5, 2015                          _____
                                              SENIOR  DISTRICT  JUDGE