HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN # 282400
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
LUIS FERNANDO GRANADOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:13-cr-00411-AWI-BAM-2 |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |
| vs. | Date:   July 27, 2015 |
| LUIS FERNANDO GRANADOS, | Time:  10:00 A.M. |
| Defendant. | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, Assistant United States Attorney Brian K. Delaney, Counsel for Plaintiff, and Assistant Federal Defender Jerome Price, Counsel for Defendant, Luis Fernando Granados, that the sentencing hearing currently set for June 29, 2015 at 10:00 a.m., **may be rescheduled to July 27, 2015, at 10:00 a.m.**

The defense has requested a prior continuance based on probation's position on the applicability of the minor role reduction.  That time was to allow for defense counsel to investigate facts and obtain documents necessary to challenge probation's position in Mr. Granados' formal objections.  To date, the defense counsel has received some documents from the government, but is still seeking additional documents from the government.  This continuance would allow additional time to obtain the documents necessary for the defense to

file the appropriate motions. The requested date is a mutually agreeable date for both parties. As this is a sentencing hearing, no exclusion of time is necessary.  The government does not object to this continuance.

                                                Respectfully submitted,

                                                BENJAMIN B. WAGNER
                                                United States Attorney

Dated:  June 24, 2015                      /s/ *Brian K. Delaney*
                                                BRIAN K. DELANEY
                                                Assistant United States Attorney
                                                Attorney for Plaintiff

                                                HEATHER E. WILLIAMS
                                                Federal Defender

Dated:  June 24, 2015                      /s/ *Jerome Price*
                                                JEROME PRICE
                                                Assistant Federal Defender
                                                Attorneys for Defendant
                                                LUIS FERNANDO GRANADOS

## O R D E R

     For the reasons set forth above, the requested continuance is granted for good cause.  The sentencing hearing as to Luis Fernando Granados currently set for June 29, 2015 is continued to July 27, 2015, at 10:00 a.m., in Courtroom 2 before Senior District Judge Anthony W. Ishii.

IT IS SO ORDERED.

Dated:  June 24, 2015                                      _____
                                                SENIOR  DISTRICT  JUDGE