

| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN #122664 |
| | Federal Defender |
| 2 | JEROME PRICE, SBN # 282400 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| | Telephone: (916) 498-5700 |
| 5 | Fax: (916) 498-5710 |
| 6 | Attorneys for Defendant |
| | LUIS FERNANDO GRANADOS |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:13-cr-00411-AWI-BAM |
|---|---|
| Plaintiff, | ) **DEFENDANT'S MOTION TO EXONERATE** |
| vs. | ) **BOND AND TO RETURN CASH BOND;** |
| | ) [PROPOSED] **ORDER** |
| LUIS FERNANDO GRANADOS, | ) |
| | ) Judge: Hon. Barbara A. McAuliffe |
| Defendant. | ) |

Defendant Luis Fernando Granados hereby moves this Court for an order exonerating the cash bond in the above-captioned case.

On December 16, 2013, after a bail review hearing, Magistrate Judge Sheila K. Oberto ordered that Defendant Luis Fernando Granados be released to a third-party custodian, on a $10,000 cash bond with conditions as read into the record. Mr. Granados's father, Fernando Granados, agreed to act as a surety for the cash bond. (Dkt. #28). On January 28, 2014, the $10,000 cash bond was posted in three installments: $8,000 (receipt CAE100024818, Dkt. #24); $1,000 (receipt CAE100024819, Dkt. #25), and $1,000 (receipt CAE100024820, Dkt. #26). Magistrate Judge Oberto signed the order releasing Mr. Granados the same day. (Dkt. #27).

On July 27, 2015, Mr. Granados was sentenced after a guilty plea to be imprisoned for 96 months. (Dkt. # 73). Senior District Judge Anthony W. Ishii permitted Mr. Granados to self-

surrender not later than September 14, 2015. (*Id.*). Mr. Granados has fulfilled his obligations to the Court while on release and self-surrendered to the custody of the Bureau of Prisons on September 14, 2015.

Given that all conditions required by this Court have been met in this matter, it is requested that the Court exonerate the bond in this matter and that the $10,000 cash bond posted on January 28, 2014, be returned.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: October 23, 2015

*/s/ Jerome Price*
JEROME PRICE
Assistant Federal Defender
Attorneys for Defendant
LUIS FERNANDO GRANADOS

## ORDER

The Court finds that Defendant Luis Fernando Granados was released pursuant to a $10,000 cash bond. The cash bond was posted on January 28, 2014, by surety Fernando Granados.

The Court further finds that Mr. Granados has satisfied all of his pre-trial release obligations to the Court and that he has reported to serve his sentence on September 14, 2015.

THEREFORE, IT IS HEREBY ORDERED that the Clerk of the Court exonerate the bond in the above-captioned case and reconvey the posted cash bond to Mr. Fernando Granados.

DATED: 10/29/15

BARBARA A. McAULIFFE
United States Magistrate Judge